IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

YAMIKA BANKS                                                                    PLAINTIFF

v.                                                     CIVIL ACTION NO. 3:23-CV-58-SA-RP

CAVALIER HOMES, INC. and
REGIONAL ENTERPRISES, LLC                                   DEFENDANTS

## ORDER

Now before the Court is Yamika Banks and Cavalier Homes, Inc.'s Joint Motion to Vacate Opinion [55]. The parties request that the Court vacate its previous Order and Memorandum Opinion [38]. They represent to the Court that they have now reached a settlement in principle but that the settlement is contingent upon the Court vacating its previous ruling:

> It is in the parties' best interest to settle this year's long lawsuit without incurring further costs of litigation. Ending this litigation would also preserve the Court's judicial resources. Should the Court grant this motion, the settlement agreement will permanently end litigation between Banks and Cavalier Homes, Inc., and will resolve all disputes between Banks and Cavalier Home Builders, LLC. Third parties will not be impacted by this settlement. Finally, and importantly, the settlement is contingent on vacatur and will fail if the Court does not grant this motion.

[55] at p. 3.

The request is not well-taken. The Court issued an Order and Memorandum Opinion [38] based upon a motion that was filed in the case. The parties have not shown that there is any reason to vacate that ruling. If the parties desire to resolve the lawsuit, they may do so. If not, the case will proceed. The Motion [55] is DENIED.

SO ORDERED, this 4th day of December, 2024.

                                                            /s/ Sharion Aycock
                                                            UNITED STATES DISTRICT JUDGE