**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**YAMIKA BANKS**                                                                                    **PLAINTIFF**

**VS.**                                                                              **CASE NO. 3:23-CV-58 SA-RP**

**CAVALIER HOMES, INC. AND**
**REGIONAL ENTERPRISES, LLC**                                                **DEFENDANTS**

---

### FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

---

THIS DAY THIS CAUSE CAME ON TO BE HEARD on the joint Motion ore tenus of the Plaintiff and Defendant, Regional Enterprises, LLC, for a Judgment of Dismissal with Prejudice in the above-entitled action, and the Court, having maturely considered same and being fully advised in the premises, is of the opinion, and finds, that said Motion is well-taken and should be granted.

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED, that the claims of the Plaintiff against Regional Enterprises, LLC be, and the same hereby are, dismissed with prejudice with each party to bear their own costs.

SO ORDERED AND ADJUDGED this the 21st day of April, 2025.

_Sharion Aycock_
SENIOR U.S. DISTRICT JUDGE

- 1 -

AGREED AND APPROVED:

_____

Desiree C. Hensley, Esq.
Jordan B. Hughes, Esq.
The University of Mississippi School of Law
Low Income Housing Clinic
481 Chucky Mullins Dr.
University, MS 38677
dhensley@olemiss.edu
jbh@olemiss.edu
*Counsel for Yamika Banks*


/s/ J.D. Sanford_____
J.D. Sanford, MSB #104547
Attorney for Regional Enterprises, LLC